# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMELY FRANCO,<br><br>Plaintiff,<br><br>v.<br><br>BUICK GMC SDNC, LLC; THE GOLDEN 1 CREDIT UNION; TRANS UNION LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; AND DOES 1 – 10, INCLUSIVE<br><br>Defendants. | Case No.: 2:24-cv-02724-AH-MAAx<br><br>ORDER [99] [JS-6]<br><br>HON. ANNE HWANG |

Based upon the Parties' Stipulation, and good cause, this Court hereby orders Defendant THE GOLDEN 1 CREDIT UNION to be, and is, dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: NOVEMBER 3, 2025

_____
HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE